# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JUAN CARLOS ALMONTE,

       Plaintiff,

v.                                CASE NO.  4:19cv174-RH-CAS

NEW YORK STATE,
CORRECTIONAL GUARD
BALMER et al.,

       Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 2, and the plaintiff's later filings, ECF Nos. 4 and 5. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. This case is transferred to the United States District Court for the Western District of New York, Rochester Division. The clerk must take all steps necessary

to effect the transfer.

SO ORDERED on June 11, 2019.

s/Robert L. Hinkle
United States District Judge